1

2

3

4

5

6

7

8    # UNITED STATES DISTRICT COURT

9    EASTERN DISTRICT OF CALIFORNIA

10

| 11 | TONY EDINBYRD, | Case No.  1:15-cv-00529-BAM (PC) |
| 12 | Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED |
| 13 | v. | FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, |
| 14 | DAVE DAVEY, et al., | AND FAILURE TO PROSECUTE |
| 15 | Defendants. | (ECF No. 11) |
| 16 | | **TWENTY (20) DAY DEADLINE** |

17

18    Plaintiff Tony Edinbyrd ("Plaintiff") is a state prisoner proceeding pro se and in forma

19 pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on April

20 6, 2015. (ECF No. 1), and consented to magistrate judge jurisdiction on May 5, 2015 (ECF No.

21 5.)

22    On November 8, 2016, this Court issued an order directing the Clerk of Court to file

23 Plaintiff's lodged second amended complaint, and issued a screening order dismissing the second

24 amended complaint with leave to amend in thirty (30) days. (ECF No. 11.) The Court expressly

25 warned Plaintiff that the failure to file an amended complaint in compliance with the Court's

26 order would result in this action being dismissed for failure to obey a court order and failure to

27 state a claim. (*Id.* at p. 7.) The deadline for Plaintiff to file an amended complaint has expired, and

28 he has not complied with or otherwise responded to the Court's order.

1

1    Accordingly, the Court HEREBY ORDERS that Plaintiff shall show cause in writing,

2  within **twenty (20) days** of service of this order, why this action should not be dismissed for

3  Plaintiff's failure to comply with the Court's November 8, 2016 order, for failure to state a claim,

4  and for failure to prosecute. Plaintiff can comply with this order to show cause by filing a third

5  amended complaint. **<u>The failure to respond to this order will result in the dismissal of this</u>**

6  **<u>action, with prejudice, for failure to state a claim, failure to obey a court order, and failure</u>**

7  **<u>to prosecute.</u>**

8
   IT IS SO ORDERED.
9

10    Dated:   **December 19, 2016**            /s/ *Barbara A. McAuliffe*            _

11                                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2